UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARLENE A. AZEVEDO F/K/A ARLENE A. VERDUCHI,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; BAC HOME LOANS SERVICING; COUNTRYWIDE HOME LOANS INC.; ALLISON WEST DALTON; ANDREW SCOTT HARMON dba HARMON LAW OFFICES PC,<br><br>Defendants. | Civil Action No.11-<br><br>**CA11- 295M** |

**DEFENDANTS BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P., COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER AND MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.'S RULE 7.1
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P., Countrywide Home Loans, Inc. d/b/a America's Wholesale Lender, and Mortgage Electronic Registration System, Inc., by and through their undersigned counsel, hereby submit the following corporate disclosure statement:

1.    Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. ("Bank of America, N.A."), is an indirect subsidiary of Bank of America Corporation. Bank of America Corporation has no parent corporation and no publicly held corporation owns more than 10% of its stock. No other publicly held corporation owns more than 10% of Bank of America, N.A.'s stock.

2. Countrywide Home Loans, Inc. d/b/a America's Wholesale Lender, is a wholly-owned subsidiary of Bank of America Corporation. Bank of America Corporation has no parent corporation and no publicly held corporation owns more than 10% of its stock. No other publicly held corporation owns 10% or more of Countrywide Home Loans, Inc. d/b/a America's Wholesale Lender's stock.

3. Mortgage Electronic Registration System, Inc. is a wholly owned subsidiary of MERSCORP, Inc., which is not a publicly traded company. MERSCORP, Inc. has no parent corporation and no publicly held corporation owns more than 10% of its stock. No other publicly held corporation owns 10% or more of Mortgage Electronic Registration System, Inc.'s stock.

Respectfully submitted,

Bank of America, N.A., successor by merger to
BAC Home Loans Servicing L.P.,
Countrywide Home Loans Inc. d/b/a
America's Wholesale Lender, and Mortgage
Electronic Registration System, Inc.

By their attorneys,

*/s/ Carl J. Ricci*

Richard L. Gemma, Esq. (R.I. Bar # 3953)
Carl J. Ricci, Esq. (R.I. Bar # 6147)
Wieck DeLuca & Gemma Incorporated
56 Pine Street, Suite 700
Exchange Place
Providence, RI 02903
T: (401) 454-8700
F: (401) 454-8755
DATED: July 19, 2011