UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: Mortgage Foreclosure Cases | Misc. No. 11-mc-88-M-LDA |

**THE DEFENDANTS' RESPONSE TO THE COURT'S REQUEST FOR COMMENTS IN THE AUGUST 16, 2011 ORDER**

The defendants to the cases assigned to the *In re: Mortgage Foreclosure Cases* Master Docket submit the following notification and comment in response to the Court's August 16, 2011 Order.

### 1. The Defendants' Liaison Counsel

In accordance with the Court's August 16, 2011 Order, the defendants designate the following individuals as their liaison counsel for administration of the cases assigned to the *In re: Mortgage Foreclosures Cases* Master Docket:

Maura K. McKelvey, No. 6770
Hinshaw & Culbertson LLP
155 South Main Street, Suite 304
Providence, RI 02903
mmckelvey@hinshawlaw.com
401-751-0842 (telephone)
617-213-7006 (direct dial)
401-273-8543 (facsimile)

John B. Daukas, No. 5437
Natalie F. Langlois (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-1000 (telephone)
617-523-1231 (facsimile)

jdaukas@goodwinprocter.com
nlanglois@goodwinprocter.com

Joseph Yenouskas (*pro hac vice*)
Goodwin Procter LLP
901 New York Ave., NW
Washington, DC 20001
202-346-4143 (telephone)
jyenouskas@goodwinprocter.com

**2. The Defendants' Response to the Court's Consideration of Appointing a Master pursuant to Fed. R. Civ. P. 53**

The defendants recognize that a Master could be useful to handle issues related to discovery should the cases on this Master Docket proceed beyond motions to dismiss filed under Fed. R. Civ. P. Rule 12. For the time being, however, no exceptional conditions or circumstances exist and no specific tasks have been identified by the Court or the parties that warrant the appointment of a Master. If the Court decides that a Master could be useful for these cases, the defendants recommend the following individual:

Mark A. Pfeiffer, Esq.
86 State Street
Bristol, RI 02809
401-787-6995

Respectfully submitted,

Defendants' Liaison Counsel

*/s/ Maura K. McKelvey*
Maura K. McKelvey, No. 6770
mmckelvey@hinshawlaw.com
HINSHAW & CULBERTSON LLP
155 South Main Street, Suite 304
Providence, RI 02903
401-751-0842 (telephone)
617-213-7039 (direct)
401-273-8543 (facsimile)

Defendants' Liaison Counsel

*/s/ John B. Daukas*
John B. Daukas, No. 5437
Natalie F. Langlois (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-1000 (telephone)
617-523-1231 (facsimile)
jdaukas@goodwinprocter.com
nlanglois@goodwinprocter.com

Dated: September 9, 2011

## CERTIFICATE OF SERVICE

    I, Maura K. McKelvey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 9, 2011.

                                            */s/ Maura K. McKelvey*

34075695v1 0915271 70275